# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-22-00456-CV

---

**The State of Texas, Appellant**

**v.**

**S. K. W., Appellee**

---

**FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY**
**NO. D-1-EX-22-000018, THE HONORABLE BRAD URRUTIA, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

In October 2022, we abated this appeal and remanded to the trial court because the parties had agreed on modifications to the order under appeal. The State of Texas has now filed an unopposed motion to dismiss the appeal. Accordingly, we reinstate the appeal, grant the motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Edward Smith, Justice

Before Justices Baker, Kelly, and Smith

Dismissed on Appellant's Motion

Filed: January 26, 2023